448 A.2d 1186

Commonwealth v. Jackson a/k/a Kessler, Appellant.

Sub-mitted March 17, 1982. John H. Corbett, Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Judgment of sentence affirmed.